█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN JAMES SISCO, Appellant.—Judgment of the County Court, Rockland County,

· rendered August 11, 1976, affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Margett, Shapiro and Suozzi, JJ., concur.